**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1579**

ZHENLU ZHANG,

               Plaintiff - Appellant,

      v.

SCIENCE & TECHNOLOGY CORPORATION; COMPUTER SCIENCES
CORPORATION; NATIONAL OCEANIC AND ATMOSPHERIC
ADMINISTRATION; J. C. MILLER,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:08-cv-01716-DKC)

Submitted: October 14, 2010        Decided: October 20, 2010

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zhenlu Zhang, Appellant Pro Se. J.C. Miller, THOMPSON & HINE,
LLP, Washington, D.C.; Larry Robert Seegull, JACKSON LEWIS, LLP,
Baltimore, Maryland; Jason Daniel Medinger, Assistant United
States Attorney, Baltimore, Maryland; C. Dennis Southard, IV,
THOMPSON & HINE, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhenlu Zhang appeals the district court's order denying his motion for leave to file a Fed. R. Civ. Pro. 60(b) motion for reconsideration and a motion for sanctions after the imposition of a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Zhang v. Science & Tech. Corp., No. 8:08-cv-01716-DKC (D. Md. Apr. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED